UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEAN LEATH,

                Plaintiff,

-against-                                  18 **CIVIL** 7318 (NSR)

                                                **JUDGMENT**

COUNTY OF ORANGE & CARL E. DUBOIS,
*in his official capacity as Sheriff*,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 30, 2021, (1) the claims against the Sheriff are dismissed as redundant of the claims against the County; (2) the claims against the County are dismissed for failure to plausibly allege unreasonable risk of harm; and (3) Plaintiff's claims against the John Doe Defendants and Griffin are dismissed. All claims are dismissed with prejudice as explained above; accordingly, this case is closed.

**Dated:**  New York, New York

      July 30, 2021

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                  **BY:**

                                                                **Deputy Clerk**